## 53531. COBB v. JOHN BREEDLOVE CORPORATION.

BELL, Chief Judge.

This is a suit to recover for a fee for conducting an appraisal of real estate. A jury returned a verdict for the plaintiff and judgment was entered. On appeal, the parties have submitted a stipulation as to the evidence considered at trial. The stipulation shows a conflict in the testimony as to whether the defendant contracted with the plaintiff to perform the appraisal in his individual capacity or as the agent of the disclosed third-party principal. It was, therefore, apparent that a jury question was presented and the trial court correctly denied the defendant's motion for a directed verdict. As the evidence authorized the verdict in favor of plaintiff, we must affirm.

*Judgment affirmed. McMurray and Smith, JJ., concur.*

SUBMITTED FEBRUARY 28, 1977 — DECIDED MARCH 17, 1977.

*Alan M. Alexander, Jr.,* for appellant.
*Cotton, Katz & White, Richard A. Katz, J. Christopher Simpson,* for appellee.